# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WALLACE D. COWARD,<br><br>           **Plaintiff,**<br><br>      **v.**<br><br>Q. THOMAS, et al.<br><br>           **Defendants.** | CIVIL ACTION NO. 23-2429 |

## ORDER

**AND NOW,** this 18th day of February 2025, upon consideration of Defendants Thomas and McPherson's Motion to Dismiss [Doc. No. 35], it is hereby **ORDERED** that:

1. Defendants Thomas and McPherson's Motion to Dismiss [Doc. No. 35] is **GRANTED**.

2. The Clerk of Court is directed to **CLOSE** this case.

It is so **ORDERED.**

                                                                        **BY THE COURT:**

                                                                        **/s/ Cynthia M. Rufe**
                                                                        _____
                                                                        **CYNTHIA M. RUFE, J.**